B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McKinney, Marc J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2554** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11831 Galloway Lane**<br>**Belvidere, IL**<br><br>ZIP Code **61008** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Boone** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McKinney, Marc J.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McKinney, Marc J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marc J. McKinney**
Signature of Debtor  **Marc J. McKinney**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 15, 2009**
Date

### Signature of Attorney*

X **/s/ JASON H. ROCK**
Signature of Attorney for Debtor(s)

**JASON H. ROCK**
Printed Name of Attorney for Debtor(s)

**BARRICK SWITZER LAW OFFICE**
Firm Name

**6833 STALTER DRIVE**
**ROCKFORD, IL 61108**

_____
Address

**Email: jrock@bslbv.com**
**(815) 962-6611  Fax: (815) 962-1758**
Telephone Number

**May 15, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Marc J. McKinney__         Case No. _____

                      Debtor(s)        Chapter    __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Marc J. McKinney**
                             **Marc J. McKinney**

Date:   **May 15, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marc J. McKinney**                                              ,   Case No. _____

                                    Debtor

                                                              Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 52,954.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 794,225.84 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 603,984.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 5,596.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,530.97 |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| | | Total Assets | 52,954.00 | | |
| | | | Total Liabilities | 1,398,210.08 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Marc J. McKinney**                                                    ,    Case No. _____

                                    Debtor

                                                         Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Marc J. McKinney**                                                    , Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Marc J. McKinney**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash On Hand** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase/Axis Media Checking Account** | - | 0.00 |
| | | **Castle Bank Personal Checking Account** | - | 0.00 |
| | | **JP Morgan Chase Checking Account** | J | 0.00 |
| | | **JP Morgan Savings Account** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **1/2 Interest In Flat Screen TV; 3 Bedroom Sets; Family Room Set; Dining Room Set; Basement Furniture; One Laptop; One Personal Computer; 3 TV's; And Other Random Household Articles** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Standard Wearing Apparel** | - | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Firearms** | - | 1.00 |
| | | **Golf Clubs And Related Equipment** | - | 500.00 |
| | | **1 Handgun** | H | 1,000.00 |
| | | **5 Rifles** | H | 3,000.00 |
| | | **5 Shotguns** | H | 3,000.00 |
| | | **Golf Clubs & Related Equipment** | H | 500.00 |

Sub-Total >    **9,852.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marc J. McKinney**                                                              ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1/2 Interest In Various Fitness Equipment Pieces** | J | **6,000.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Term Policy (1 Million Dollar Death Benefit)** | - | **1.00** |
| | | **Prudential Whole Life Policy ($300,000 Death Benefit)** | - | **3,000.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Ownership Interest In Axis Media Services, Inc.** | - | **1.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >           **9,002.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marc J. McKinney**                                                                      ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **3 Snowmobiles** | - | **9,000.00** |
| 26. Boats, motors, and accessories. | | **21' Boat/Trailer** | - | **20,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 Laptop** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

| | Sub-Total > | **29,500.00** |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marc J. McKinney**                                          ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **529 College Savings Plans** | **-** | **4,600.00** |

|  | Sub-Total >  (Total of this page) | **4,600.00** |
|---|---|---|
|  | Total > | **52,954.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Marc J. McKinney**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| **Cash On Hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **JP Morgan Savings Account** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **1/2 Interest In Flat Screen TV; 3 Bedroom Sets; Family Room Set; Dining Room Set; Basement Furniture; One Laptop; One Personal Computer; 3 TV's; And Other Random Household Articles** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Standard Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **5 Rifles** | **735 ILCS 5/12-1001(b)** | **2,449.00** | **3,000.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Prudential Term Policy (1 Million Dollar Death Beneft)** | **215 ILCS 5/238** | **1.00** | **1.00** |
| | | | |
| **Prudential Whole Life Policy ($300,000 Death Benefit)** | **215 ILCS 5/238** | **3,000.00** | **3,000.00** |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **529 College Savings Plans** | **735 ILCS 5/12-1001(j)** | **4,600.00** | **4,600.00** |

|  | | | |
|---|---|---:|---:|
| | Total: | **11,901.00** | **12,452.00** |

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Marc J. McKinney**                                                                                    Case No. _____
                                                             ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | |
| | | | | Total (Report on Summary of Schedules) | | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re __Marc J. McKinney_____,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__2___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Marc J. McKinney**_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-000-6** <br><br> **Dept of Workforce Development Division of Unemployment Insurance P.O. Box 7945 Madison, WI 53707-7945** | - | | February 2009 | | | | 5,367.04 | 0.00 | 5,367.04 |
| Account No. **xx-xxx4504** <br><br> **IL Department of Revenue P.O. Box 19043 Springfield, IL 62794-9043** | X | J | September 2007 - June 2008 Withholding Income Tax | | | | 9,992.34 | 0.00 | 9,992.34 |
| Account No. **xxx4070** <br><br> **IL Dept. of Employment Security P.O. Box 3637 Springfield, IL 62708-3637** | X | J | | | | | 13,673.38 | 13,673.38 | 0.00 |
| Account No. <br><br> **IRS P.O. Box 21126 Philadelphia, PA 19114-0326** | - | | 941 Taxes For Axis Media Services, Inc. And Other Companies | | | | 750,000.00 | 0.00 | 750,000.00 |
| Account No. **xx-xx0630** <br><br> **State of IL, Dept. of Labor Fair Labor Standards Division 160 N. LaSalle St., Ste. C-1300 Chicago, IL 60601** | X | J | Wage Claim For James Randall, III | | | | 336.05 | 336.05 | 0.00 |

| | | |
|---|---|---|
| Sheet **1** of **2** continuation sheets attached to | Subtotal | 14,009.43 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 779,368.81    765,359.38 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Marc J. McKinney** _____,  Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-000-6** <br><br> **State of Wisconsin Department Of Workforce Development P.O. Box 7945 Madison, WI 53707-7945** | X | J | | | | | 14,857.03 | 14,857.03 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 14,857.03 | 14,857.03 0.00 |
| Total (Report on Summary of Schedules) | 794,225.84 | 28,866.46 765,359.38 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Marc J. McKinney**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various Accounts** <br><br> **11th Street Express Printing, Inc.** <br> **2135 - 11th Street** <br> **Rockford, IL 61104** | X | J | **Business Account** | | | | **13,439.88** |
| Account No. <br><br> **Abidon Inc.** <br> **5301 E. State Street** <br> **Suite 215** <br> **Rockford, IL 61108** | X | J | **Business Debt** | | | | **9,761.16** |
| Account No. <br><br> **Advance-Titan Newspaper** <br> **800 Algoma lvd.** <br> **Oshkosh, WI 54901** | X | J | **Business Debt** | | | | **990.00** |
| Account No. <br><br> **Advantage Best Credit Union** <br> **P.O. Box 99** <br> **Brillion, WI 54110** | X | J | **Business Debt** | | | | **3,712.50** |

___29___ continuation sheets attached

Subtotal
(Total of this page)    **27,903.54**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:21001-090310    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**                                    , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Allegra Print & Imaging 1920 E. Riverside Blvd Loves Park, IL 61111 | X | J | | | | | 9,334.64 |
| Account No. | | | Business Debt | | | | |
| Alliant Energy P.O. Box 3068 Cedar Rapids, IA 52406 | X | J | | | | | 157.13 |
| Account No. xxx0928 | | | Business Debt - Collection For IDEARC Media LLC | | | | |
| Allied Interstate 12655 N. Central Expressway Dallas, TX 75243 | X | J | | | | | 1.00 |
| Account No. xxxxxxxxx0002 | | | Deficiency Balance After Sale Of 2006 Yamaha SX230H0 Boat | | | | |
| Alpine Bank c/o Carol Spangler P.O> Box 6086 Rockford, IL 61125-1086 | - | | | | | | 2,607.78 |
| Account No. | | | | | | | |
| Amanda Amborn 1938 Dewey Beloit, WI 53511 | - | | | | | | 425.10 |

Sheet no. __1__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **12,525.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**                                              ,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-090-3** | | | Business Debt | | | | |
| **American Express** **P.O. Box 981532** **El Paso, TX 79998** | X | J | | | | | 356.89 |
| Account No. | | | | | | | |
| **Amy Clark** **718 Eisenhower Avenue** **Janesville, WI 53545** | | - | | | | | 509.65 |
| Account No. | | | | | | | |
| **Amy Korn** **864 W. Douglas** **Freeport, IL 61032** | | - | | | | | 277.55 |
| Account No. | | | Business Debt | | | | |
| **Andresen & Associates, P.C.** **3025 N. California Ave., Suite F S.** **Chicago, IL 60618-7009** | X | J | | | | | 1.00 |
| Account No. | | | Business Debt | | | | |
| **Artistic Graphics** **1757 W. Aster Drive** **Phoenix, AZ 85029** | X | J | | | | | 19,808.65 |

Sheet no. __2__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **20,953.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**                                                    ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Associated Bank**<br>**612 N. Main Street**<br>**Rockford, IL 61103** | X | J | | | | | 2,259.89 |
| Account No. | | | Business Debt | | | | |
| **AT & T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | J | | | | | 2,895.14 |
| Account No. | | | Business Debt | | | | |
| **AT&T**<br>**P.O. Box 660688**<br>**Dallas, TX 75266-0688** | X | J | | | | | 5,261.19 |
| Account No. | | | Business Debt | | | | |
| **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | J | | | | | 870.51 |
| Account No. | | | Bankruptcy Attorney For Debtor's Spouse | | | | |
| **Attorney Bernard Natale**<br>**6733 Stalter Drive**<br>**Suite 201**<br>**Rockford, IL 61108** | - | | | | | | 1.00 |

Sheet no. __3__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,287.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc J. McKinney** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Attorney Christopher Madden**<br>**Asst. Attorney General**<br>**100 W. Randolph St., 13th Floor**<br>**Chicago, IL 60601** | X | - | **IL Dept. of Labor Wage Claim Chase Goodwin and Tanya Griffis** | | | | 3,709.97 |
| Account No.<br><br>**Attorney Daniel G. Deneen**<br>**202 S. Eldorado Road**<br>**Bloomington, IL 61704-4471** | X | - | **Collection Counsel For Taylor Corporation d/b/a Original Smith Printing** | | | | 68,439.30 |
| Account No.<br><br>**Attorney Herbert Greene**<br>**401 W. State Street**<br>**suite 600**<br>**Rockford, IL 61101** | X | J | **Attorney For Lewis Paper International, Inc. Business Debt** | | | | 4,446.48 |
| Account No.<br><br>**Attorney Herbert I. Greene**<br>**401 W. State St., Ste. 600**<br>**Rockford, IL 61101** | X | J | **Attorney For Manpower, Inc. Business Debt** | | | | 5,850.80 |
| Account No.<br><br>**Attorney Jeffrey Powell**<br>**2902 McFarland Road**<br>**Suite 400**<br>**Rockford, IL 61107** | X | - | **Stonefield Associates v. Marc McKinney** | | | | 29,137.50 |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**111,584.05**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc J. McKinney**                                                    ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Lease Of 375J and 375L 201 Pearl Avenue in Oshkosh | | | | |
| Attorney John W. Schuster 600 S. Main Street, Suite 301 P.O. Box 917 Oshkosh, WI 54903 | X | - | | | | | 1.00 |
| Account No. | | | Lease of 5411 E. State Street, Rockford, IL | | | | |
| Attorney Mark Rouleau 5301 E. State Street Suite 215D Rockford, IL 61108 | X | - | | | | | 12,069.83 |
| Account No. | | | Attorney For United States; Case No.: 3:08-cv-50214 | | | | |
| Attorney Raagnee Beri Civil Trial Section, No Region P.O. Box 55 Washington, DC 20044 | | - | | | | | 1.00 |
| Account No. | | | Business Debt | | | | |
| Ballard Properties 1670 Alpine Road Rockford, IL 61107 | X | J | | | | | 26,531.71 |
| Account No. x5364 | | | Business Debt - Collection For Rockford Industrial Equipment | | | | |
| Beach Associates Inc. 95 Wolf Creek Blvd., Suite 2 Dover, DE 19901 | X | J | | | | | 1.00 |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  38,604.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc J. McKinney**                                    ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Brian Ottenhausen** <br> **212 N. Gilbert Street** <br> **Footville, WI 53537** | - | | | | | | 468.43 |
| Account No. <br><br> **Caitlin Klein** <br> **4011 Buckingham Drive** <br> **Rockford, IL 61107** | - | | | | | | 205.53 |
| Account No. <br><br> **Cartridge World Rockford** <br> **6139 E. State Street** <br> **Rockford, IL 61108** | X | J | Business Debt | | | | 618.03 |
| Account No. **xxxxxx5459** <br><br> **Castle Bank** <br> **1725 S. State Street** <br> **Belvidere, IL 61008** | X | J | Business Debt | | | | 55,424.12 |
| Account No. <br><br> **Charter Communications** <br> **P.O. Box 3255** <br> **Milwaukee, WI 53201-3255** | X | J | Business Debt | | | | 946.36 |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         57,662.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney** _____,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 0414** | | | Charge Card | | | | |
| **Chase** **Cardmember Service** **P.O. Box 15153** **Wilmington, DE 19886-5153** | X | J | | | | | 815.10 |
| Account No. **2437** | | | Overdraft Charges | | | | |
| **Chase** **JPMorgan Chase Bank, N.A.** **P.O. Box 260180** **Baton Rouge, LA 70826-0180** | X | J | | | | | 1.00 |
| Account No. **xxxxx2109** | | | Collection For NSF Check To Tollway Mobil | | | | |
| **Check It** **P.O. Box 6264** **Rockford, IL 61125-1264** | | - | | | | | 78.57 |
| Account No. | | | Collection Act | | | | |
| **City Center Associates, LLC** **334 City Center** **Oshkosh, WI 54901** | X | - | | | | | 4,573.31 |
| Account No. | | | Business Debt | | | | |
| **City of Janesville** **P.O. Box 5005** **Janesville, WI 53547** | X | J | | | | | 349.69 |

Sheet no. __7__ of __29__ sheets attached to Schedule of                      Subtotal          | 5,817.67 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc J. McKinney**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx xxx xxx2281** <br><br>**Comcast Cable**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** | X | J | **Business Debt** | | | | 187.75 |
| Account No. <br><br>**Comcast Cable**<br>**P.O. Box 3001**<br>**Southeastern, PA 19398-3001** | X | J | **Business Debt** | | | | 69.95 |
| Account No. **xxxxxx9135** <br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | J | **Business Debt** | | | | 923.24 |
| Account No. <br><br>**Corporate Express**<br>**P.O. Box 95708**<br>**Chicago, IL 60694-5708** | X | J | **Business Debt** | | | | 409.66 |
| Account No. <br><br>**Countrywide Home Loans**<br>**Attn: Remittance Processing**<br>**P.O. Box 650070**<br>**Dallas, TX 75265-0070** | - | | | | | | 1.00 |

Sheet no. __**8**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,591.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**
_____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7336**<br><br>**Creditors' Protection Service, Inc.**<br>**202 W. State Street**<br>**P.O. Box 4115**<br>**Rockford, IL 61110-0615** | X | J | **Business Debt, Collection For 11th Street Express Printing** | | | | 1.00 |
| Account No.<br><br>**D'sha McIntosh**<br>**332 N. Vale Avenue**<br>**Rockford, IL 61107** | | - | | | | | 164.01 |
| Account No.<br><br>**Dale's Window Cleaning Inc.**<br>**P.O. Box 153**<br>**Belvidere, IL 61008** | X | J | **Business Debt** | | | | 77.00 |
| Account No.<br><br>**Dana Tucker**<br>**8450 Jamesport Road**<br>**Rockford, IL 61108** | | - | | | | | 656.13 |
| Account No.<br><br>**Dave Blascoe**<br>**238 Brooke Lane**<br>**Rockford, IL 61109** | | - | | | | | 1,453.31 |

Sheet no. __9___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,351.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Debbie Van Winsen** <br> **1855 N. State Street** <br> **Belvidere, IL 61008** | | J | | | | | 78.36 |
| Account No. **xxxx7F5E02** <br><br> **DebtAlert** <br> **4836 Brecksville Road** <br> **P.O. Box 539** <br> **Richfield, OH 44286-9619** | X | J | Collection For UPS | | | | 1.00 |
| Account No. <br><br> **Deluxe Business Forms** <br> **P.O. Box 742572** <br> **Cincinnati, OH 45274-2572** | X | J | Business Debt | | | | 434.67 |
| Account No. <br><br> **Destiny Health** <br> **36507 Treasury Cnt** <br> **Chicago, IL 60694-6500** | X | J | Business Debt | | | | 15,605.00 |
| Account No. <br><br> **DirecTV** <br> **P.O. Box 60036** <br> **Los Angeles, CA 90060-0036** | X | J | Business Debt | | | | 70.47 |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,189.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc J. McKinney**                                   , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| E & D Water Works 915 N. Parker Drive Janesville, WI 53545 | X | J | | | | | 311.14 |
| Account No. | | | | | | | |
| Forest HIlls Country Club Ms. Paula Kessman 5135 Forest Hills Road Rockford, IL 61114-5937 | | - | | | | | 3,154.71 |
| Account No. xxxxx0232 | | | Collection For T-Mobile USA Inc. | | | | |
| GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | - | | | | | 1.00 |
| Account No. xx3008 | | | Business Debt | | | | |
| GFC Leasing P.O. Box 2290 Madison, WI 53701-2290 | X | J | | | | | 25,663.93 |
| Account No. | | | Business Debt | | | | |
| Glenbard East High School 1014 S. Main Street Lombard, IL 60148 | X | J | | | | | 850.00 |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,980.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc J. McKinney**                                                    ,     Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Gordon Flesch Co., Inc. P.O. Box 992 Madison, WI 53701-0992 | X | J | | | | | 57,220.74 |
| Account No. | | | | | | | |
| Guardian 200 W. Monroe Street Suite 2100 Chicago, IL 60606 | X | J | | | | | 1.00 |
| Account No. | | | Business Debt | | | | |
| Hagen CPA, LLC 4525 Woodgate Drive Janesville, WI 53546 | X | J | | | | | 1,550.00 |
| Account No. | | | | | | | |
| Holly Johnson 2837 Silent Wood Trail Rockford, IL 61109 | - | | | | | | 225.32 |
| Account No. | | | Business Debt | | | | |
| Idearc Media LLC P.O. Box 619009 DFW Airport, TX 75261 | X | J | | | | | 532.53 |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **59,529.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**                                                                   ,          Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0948** | | | Business Debt | | | | |
| **IDEARC Media LLC** **Attn:  Accts Receivable Dept.** **P.O. Box 619009** **DFW Airport, TX 75261-9009** | X | J | | | | | 102.81 |
| Account No. **xxxxxxxx6526** | | | | | | | |
| **Idearc Media LLC** **P.O. Box 619009** **DFW Airport, TX 75261** | X | J | | | | | 86.77 |
| Account No. | | | Business Debt | | | | |
| **IHSA** **P.O. Box 2715** **Bloomington, IL 61702-2715** | X | J | | | | | 1,721.02 |
| Account No. **xxxxxxxxxxxxxxx xx1093** | | | Business Debt | | | | |
| **Innovative Merchant Solutions** **21215 Burbank Blvd.** **Suite 100** **Woodland Hills, CA 91367** | X | J | | | | | 2,258.96 |
| Account No. | | | | | | | |
| **James Randall** **807 Tower Drive** **Rockford, IL 61108** | - | | | | | | 429.50 |

Sheet no. __**13**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **4,599.06**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**                                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Busness Debt | | | | |
| **Janesville Water & Waste 18 N. Jackson Street Janesville, WI 53545** | X | J | | | | | | 75.02 |
| Account No. | | | | Business Debt | | | | |
| **Jax Graphics 421 W. Milwaukee Street Janesville, WI 53545** | X | J | | | | | | 450.94 |
| Account No. | | | | | | | | |
| **Jennifer Bunjan 2371 Main Street Caledonia, IL 61011** | - | | | | | | | 288.40 |
| Account No.  **AR-xxx6846A** | | | | IL Dept. of Employment Security Appeal | | | | |
| **Jessica Wilson 1516 Seminary Street Rockford, IL 61104** | X | - | | | | | X | 1.00 |
| Account No.  **XXXX2437** | | | | Business Debt | | | | |
| **JP Morgan Chase Bank, N.A. Illinois Market P.O. Box 260180 Baton Rouge, LA 70826-0180** | X | J | | | | | | 1,061.18 |

Sheet no. __**14**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,876.54**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc J. McKinney**                                              Case No. _____
                              Debtor                                                            ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXXX0983**<br><br>**JP Morgan Chase Bank, N.A.**<br>**Illinois Market**<br>**P.O. Box 260180**<br>**Baton Rouge, LA 70826-0180** | X | J | | | | | 1.00 |
| Account No.<br><br>**Kathleen Schultz**<br>**2702 King Street**<br>**Janesville, WI 53546** | - | | | | | | 672.67 |
| Account No.<br><br>**Kelly Services**<br>**1212 Solutions Center**<br>**Chicago, IL 60677-1002** | X | J | Business Debt | | | | 2,715.60 |
| Account No. **3640**<br><br>**Kent Hess M.D.**<br>**P.O. Box 15053**<br>**Loves Park, IL 61132-5053** | - | | Medical Services | | | | 156.00 |
| Account No. **273**<br><br>**KP Counseling, Inc.**<br>**461 N. Mulford**<br>**Rockford, IL 61107** | - | | | | | | 970.00 |

Sheet no. __**15**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,515.27**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc J. McKinney**                                          ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Krup Electric Co. 1125 Railroad Avenue Rockford, IL 61104-1384 | X | J | | | | | 2,905.50 |
| Account No. | | | | | | | |
| Lara Birnbaum 5831 Garrett Lane #4 Rockford, IL 61107 | | - | | | | | 724.34 |
| Account No. xxx247-2 | | | Business Debt - Collection For Neopost Inc. | | | | |
| LC Financial, LLC P.O. Box 9246 Van Nuys, CA 91409 | X | J | | | | | 1.00 |
| Account No. | | | Business Debt | | | | |
| Lewis Paper 37 E. Marquardt Drive Wheeling, IL 60090 | X | J | | | | | 4,446.48 |
| Account No. | | | Business Debt | | | | |
| Lifetouch 5126 Forest Hills Court Loves Park, IL 61111 | X | J | | | | | 42,787.99 |

Sheet no. __16__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,865.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc J. McKinney** , Case No. _____
　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **Mxxxxxxx9270** | | | | | | | | | |
| **Lincoln Rent-All & Lawn Equipment** **3110 Auburn Street** **Rockford, IL 61101** | | - | | | | | | | 1,033.54 |
| Account No. | | | | | | | | | |
| **Lori Seng** **9434 Harrison Road** **Rockton, IL 61072** | | - | | | | | | | 772.96 |
| Account No. | | | | | | | | | |
| **Machesney Park Currench Exchange** **10201 N. 2nd Street** **Machesney Park, IL 61115** | X | J | | | | | | | 1.00 |
| Account No. | | | | | Business Debt | | | | |
| **Manpower** **21271 Network Place** **Chicago, IL 60673-1212** | X | J | | | | | | | 3,977.01 |
| Account No. | | | | | | | | | |
| **Manyi Au** **5322 Gingeridge Lane** **Rockford, IL 61114** | | - | | | | | | | 943.79 |
| Sheet no. __17__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 6,728.30 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc J. McKinney**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4704**<br><br>**MCA Management Company**<br>**P.O. Box 480**<br>**High Ridge, MO 63049** | X | J | **Corporate Debt For Schnuck Markets Inc.** | | | | 245.78 |
| Account No.<br><br>**Menomonee Falls HS**<br>**N84W16579 Menomonee Ave.**<br>**Menomonee Falls, WI 53051** | X | J | **Business Debt** | | | | 537.00 |
| Account No.<br><br>**Midland Paper Co.**<br>**690 S. Rock Drive**<br>**Rockford, IL 61102** | X | J | **Business Debt.** | | | | 1,454.88 |
| Account No.<br><br>**Midwest Mail Works**<br>**2136 - 12th Street**<br>**Rockford, IL 61104** | X | J | **Business Debt** | | | | 481.67 |
| Account No. **xxxxxx0236**<br><br>**Monco Law Offices**<br>**P.O.Box 1641**<br>**Brookfield, WI 53008** | X | J | **Collection For Associated Bank** | | | | 1.00 |

Sheet no. __**18**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,720.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc J. McKinney**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Commercial Lease For 8103 Burden Road | | | | |
| Mr. Don E. Ballard 1670 N. Alpine Road Rockford, IL 61107 | X | - | | | | | 1.00 |
| Account No. | | | | | | | |
| Nataly Roy 4950 Illinois Street Loves Park, IL 61111 | | - | | | | | 680.25 |
| Account No. | | | Business Debt | | | | |
| Neonost P.O. Box 45800 San Francisco, CA 94145-0800 | X | J | | | | | 218.13 |
| Account No. | | | Business Debt | | | | |
| Neopost P.O. Box 45822 San Francisco, CA 94145-0822 | X | J | | | | | 769.29 |
| Account No. **xxxxxxxx-xxx7074** | | | Business Debt | | | | |
| Neopost Inc. P.O. Box 45800 San Francisco, CA 94145-0800 | X | J | | | | | 218.13 |

Sheet no.  **19**  of  **29**   sheets attached to Schedule of                                    Subtotal                      | 1,886.80
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc J. McKinney**                                          ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1078** <br><br> **Neopost Leasing** <br> **P.O. Box 45822** <br> **San Francisco, CA 94145-0822** | X | J | | | | | 558.43 |
| Account No. <br><br> **Nicor** <br> **P.O. Box 416** <br> **Aurora, IL 60568-0001** | X | J | Business Debt | | | | 27.84 |
| Account No. <br><br> **Niles North High School** <br> **9800 N. Lawler Avenue** <br> **Skokie, IL 60077** | X | J | Business Debt | | | | 800.00 |
| Account No. <br><br> **Office Pro** <br> **P.O. Box 80** <br> **Afton, WI 53501** | X | J | Busniess Debt | | | | 612.32 |
| Account No. **4082** <br><br> **Oliver Adjustment Co.** <br> **3416 Roosevelt Road** <br> **Kenosha, WI 53142-3937** | X | J | Collection For United Hospital System, Inc. | | | | 1.00 |

Sheet no. __**20**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,999.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc J. McKinney**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **One Communications**<br>**P.O. Box 711879**<br>**Cincinnati, OH 45271-1879** | X | J | | | | | 1,343.00 |
| Account No. | | | Business Debt | | | | |
| **Oregon International Soccer**<br>**Oregon Soccer Parks**<br>**Oregon, WI 53575** | X | J | | | | | 345.00 |
| Account No. | | | Business Debt | | | | |
| **OSP**<br>**2 Hardman Drive**<br>**Bloomington, IL 61701** | X | J | | | | | 58,112.34 |
| Account No. | | | | | | | |
| **Patricia Cielesz**<br>**2806 Country Club Terrace**<br>**Rockford, IL 61103** | - | | | | | | 313.31 |
| Account No. | | | Business Debt | | | | |
| **Per Mar Security Services**<br>**P.O. Box 1101**<br>**Boscobel, WI 53805-1101** | X | J | | | | | 417.86 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        60,531.51

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc J. McKinney** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Printsource Plus** c/o Mr. Charles Clayton 1314 W. Cottage Avenue Appleton, WI 54914 | X | J | | | | | 24,172.22 |
| Account No. **xxxxx546-2** | | | Insurance | | | | |
| **Progressive** Dept. 0561 Carol Stream, IL 60132-0561 | - | | | | | | 187.75 |
| Account No. **xx7853** | | | Collection For Destiny Health Insurance Business Debt | | | | |
| **R M S** 55 Shuman Road P.O. Box 3100 Naperville, IL 60566-7099 | X | J | | | | | 1.00 |
| Account No. | | | Business Debt | | | | |
| **Richter Electric** 3220 N. Pontiac Drive Janesville, WI 53546 | X | J | | | | | 1,089.89 |
| Account No. | | | Business Debt | | | | |
| **Rock County Electric** P.O. Box 1758 Janesville, WI 53547-1758 | X | J | | | | | 78.63 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   25,529.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**                                                      ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Rock County Job Center** **1900 Center Ave.** **Janesville, WI 53546** | X | J | | | | | 341.00 |
| Account No. | | | Business Debt | | | | |
| **Rockford Chariots** **P.O. Box 36** **Rockford, IL 61101** | X | J | | | | | 4,000.00 |
| Account No. | | | Business Debt | | | | |
| **Rockford Industrial Equipment** **3675 Mansfield Street** **Rockford, IL 61109** | X | J | | | | | 1,079.97 |
| Account No. | | | Business Debt | | | | |
| **Sams Club** **P.O. Box 9001907** **Louisville, KY 40290-1907** | - | | | | | | 140.00 |
| Account No. | | | Business Debt | | | | |
| **Smoke Shop** **10129 N. 2nd Street** **Machesney Park, IL 61115** | X | J | | | | | 1,626.16 |

Sheet no. __23__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            7,187.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**                                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Business Debt** | | | | |
| **Soft Water Inc.** **P.O. Box 343** **1344 White Rock Avenue** **Waukesha, WI 53187** | X | J | | | | | | 740.00 |
| Account No. | | | | **Attorney For Rkfd's Best Currency Exchange; Case No. 09 M1 117751** | | | | |
| **Sorman & Frankel, Ltd.** **203 N. LaSalle St., Ste. 2350** **Chicago, IL 60601** | - | | | | | | | 1.00 |
| Account No. xxxx9450 | | | | **Collection For TDS** | | | | |
| **State Collection Service, Inc.** **P.O. Box 6250** **Madison, WI 53716-0250** | X | J | | | | | | 1.00 |
| Account No. | | | | **Business Debt** | | | | |
| **State Farm Classic Tournament** **c/o Dave Oloffson** **P.O. Box 1887** **Bloomington, IL 61702** | X | J | | | | | | 5,000.00 |
| Account No. xx-xx5827 | | | | **IL Wage Payment & Collection Act, Tanya Griffis** | | | | |
| **State of IL, Dept. of Labor** **Fair Labor Standards Division** **160 N. LaSalle St., Ste. C-1300** **Chicago, IL 60601** | X | - | | | | | | 650.00 |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 6,392.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc J. McKinney**                                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Stillman Valley High School** **425 S. Pine Street** **Stillman Valley, IL 61084** | X | J | | | | | 300.00 |
| Account No. | | | | | | | |
| **Stonefield Associates, LLC** **P.O. Box 246** **5305 Long Street** **Mc Farland, WI 53558** | X | - | | | | | 1.00 |
| Account No. | | | Business Debt | | | | |
| **Stonefield Office Suites** **4539 Woodgate Drive #C** **Janesville, WI 53546** | X | J | | | | | 10,588.50 |
| Account No. | | | | | | | |
| **T-Mobile** **P.O. Box 742596** **Cincinnati, OH 45274-2596** | | - | | | | | 515.10 |
| Account No. **xxxxx3999** | | | Business Debt | | | | |
| **Target Stores** **P.O. Box 1296** **Minneapolis, MN 55440-1296** | X | J | | | | | 50.00 |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **11,454.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney**                                    , Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx 5557**<br><br>**TDS Metrocom**<br>**P.O. Box 94510**<br>**Palatine, IL 60094-4510** | X | J | Business Debt | | | | 1,947.15 |
| Account No. **xxxxxx7225**<br><br>**TDS Metrocom**<br>**P.O. Box 94510**<br>**Palatine, IL 60094-4510** | X | J | Business Debt | | | | 9,295.51 |
| Account No.<br><br>**Teresa Downey**<br>**3012 Sunnyside Dr.**<br>**Apt. 7**<br>**Rockford, IL 61114** | - | | | | | | 893.65 |
| Account No.<br><br>**Thrift-Remsen Priters**<br>**3918 S. Central Avenue**<br>**Rockford, IL 61102-4290** | X | J | Business Debt | | | | 671.00 |
| Account No. **xx23U-00CAFECOKE**<br><br>**Transworld Systems**<br>**100 East Kimberly Road #302**<br>**Davenport, IA 52806** | X | J | Business Debt - Collection For Richter Electric Inc./School District Of Menomonee Falls | | | | 1.00 |

| | | |
|---|---|---|
| Sheet no. **26** of **29** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 12,808.31 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc J. McKinney** _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TRS Recovery Services Inc.** <br> **P.O. Box 60022** <br> **City Of Industry, CA 91716-0022** | X | J | Business Debt | | | | 1,993.65 |
| Account No. <br><br> **United Hospital System** <br> **63608 - 8th Avenue** <br> **Kenosha, WI 53143-5082** | X | J | Business Debt | | | | 1,900.01 |
| Account No. **xxxx7F5E02** <br><br> **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL 60132-0577** | X | J | | | | | 178.65 |
| Account No. <br><br> **Verizon Long Distance** <br> **P.O. Box 9688** <br> **Mission Hills, CA 91346-9688** | X | J | Business Debt | | | | 463.48 |
| Account No. **xxx-xxxxxxx-x766-6** <br><br> **Waste Management** <br> **P.O. Box 9001054** <br> **Louisville, KY 40290-1054** | X | J | Business Debt | | | | 305.92 |

Sheet no. __27__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,841.71**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marc J. McKinney__ , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Watertown High School <br> 111 Dodge Street <br> Watertown, WI 53094 | X | J | Business Debt | | | | 1,000.00 |
| Account No. <br><br> Watseka High School <br> 138 S. Belmont Ave. <br> Watseka, IL 60970 | X | J | Business Debt | | | | 400.00 |
| Account No. <br><br> West Bend East High School <br> 13605 E. Decorah Street <br> West Bend, WI 53095 | X | J | Business Debt | | | | 500.00 |
| Account No. <br><br> West Bend West High School <br> 1305 Decorah Road <br> West Bend, WI 53095 | X | J | Business Debt | | | | 500.00 |
| Account No. <br><br> William Pedersen <br> 1506 Warren Road <br> Rockford, IL 61108 | - | | | | | | 827.86 |

Sheet no. __28__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,227.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc J. McKinney**                                                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0165**<br><br>**Winnebago Co. State's Attorney**<br>**Bad Check Restitution Program**<br>**P.O. Box 98**<br>**Rockford, IL 61105-0098** | X | J | | **Bad Check Written To WalMart** | | | | **837.12** |
| Account No. **9595**<br><br>**Wisconsin SCTF**<br>**Box 74400**<br>**Milwaukee, WI 53274-0400** | X | J | | **Child Support** | | | | **1.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __29__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **838.12** |
| | Total<br>(Report on Summary of Schedules) | **603,984.24** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Marc J. McKinney**                                                    ,   Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Don E. Ballard**<br>**1670 N. Alpine Road**<br>**Rockford, IL 61107** | **Commercial Lease For 8103 Burden Road,**<br>**Machesney Park, IL** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Marc J. McKinney**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Attorney Christopher Madden**<br>**Asst. Attorney General**<br>**100 W. Randolph St., 13th Floor**<br>**Chicago, IL 60601** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Attorney Daniel G. Deneen**<br>**202 S. Eldorado Road**<br>**Bloomington, IL 61704-4471** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Attorney Jeffrey Powell**<br>**2902 McFarland Road**<br>**Suite 400**<br>**Rockford, IL 61107** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Attorney John W. Schuster**<br>**600 S. Main Street, Suite 301**<br>**P.O. Box 917**<br>**Oshkosh, WI 54903** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Attorney Mark Rouleau**<br>**5301 E. State Street**<br>**Suite 215D**<br>**Rockford, IL 61108** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **City Center Associates, LLC**<br>**334 City Center**<br>**Oshkosh, WI 54901** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Jessica Wilson**<br>**1516 Seminary Street**<br>**Rockford, IL 61104** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Mr. Don E. Ballard**<br>**1670 N. Alpine Road**<br>**Rockford, IL 61107** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Printsource Plus**<br>**c/o Mr. Charles Clayton**<br>**1314 W. Cottage Avenue**<br>**Appleton, WI 54914** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **State of IL, Dept. of Labor**<br>**Fair Labor Standards Division**<br>**160 N. LaSalle St., Ste. C-1300**<br>**Chicago, IL 60601** |

**9**
____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Marc J. McKinney**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Stonefield Associates, LLC**<br>**P.O. Box 246**<br>**5305 Long Street**<br>**Mc Farland, WI 53558** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Innovative Merchant Solutions**<br>**21215 Burbank Blvd.**<br>**Suite 100**<br>**Woodland Hills, CA 91367** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **11th Street Express Printing, Inc.**<br>**2135 - 11th Street**<br>**Rockford, IL 61104** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **MCA Management Company**<br>**P.O. Box 480**<br>**High Ridge, MO 63049** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Transworld Systems**<br>**100 East Kimberly Road #302**<br>**Davenport, IA 52806** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Idearc Media LLC**<br>**P.O. Box 619009**<br>**DFW Airport, TX 75261** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Comcast Cable**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Attorney Herbert Greene**<br>**401 W. State Street**<br>**suite 600**<br>**Rockford, IL 61101** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Attorney Herbert I. Greene**<br>**401 W. State St., Ste. 600**<br>**Rockford, IL 61101** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Waste Management**<br>**P.O. Box 9001054**<br>**Louisville, KY 40290-1054** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **TDS Metrocom**<br>**P.O. Box 94510**<br>**Palatine, IL 60094-4510** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **R M S**<br>**55 Shuman Road**<br>**P.O. Box 3100**<br>**Naperville, IL 60566-7099** |

Sheet ___1___ of ___9___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Marc J. McKinney**                                                    ,    Case No. _____
                                             Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Target Stores**<br>**P.O. Box 1296**<br>**Minneapolis, MN 55440-1296** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **GFC Leasing**<br>**P.O. Box 2290**<br>**Madison, WI 53701-2290** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Gordon Flesch Co., Inc.**<br>**P.O. Box 992**<br>**Madison, WI 53701-0992** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Abidon Inc.**<br>**5301 E. State Street**<br>**Suite 215**<br>**Rockford, IL 61108** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Advantage Best Credit Union**<br>**P.O. Box 99**<br>**Brillion, WI 54110** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Allegra Print & Imaging**<br>**1920 E. Riverside Blvd**<br>**Loves Park, IL 61111** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Artistic Graphics**<br>**1757 W. Aster Drive**<br>**Phoenix, AZ 85029** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Alliant Energy**<br>**P.O. Box 3068**<br>**Cedar Rapids, IA 52406** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Associated Bank**<br>**612 N. Main Street**<br>**Rockford, IL 61103** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **AT & T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **AT&T**<br>**P.O. Box 660688**<br>**Dallas, TX 75266-0688** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Ballard Properties**<br>**1670 Alpine Road**<br>**Rockford, IL 61107** |

Sheet __2__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re   **Marc J. McKinney**                                    ,   Case No. _____
_____
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Cartridge World Rockford**<br>**6139 E. State Street**<br>**Rockford, IL 61108** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Charter Communications**<br>**P.O. Box 3255**<br>**Milwaukee, WI 53201-3255** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **City of Janesville**<br>**P.O. Box 5005**<br>**Janesville, WI 53547** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Comcast Cable**<br>**P.O. Box 3001**<br>**Southeastern, PA 19398-3001** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Corporate Express**<br>**P.O. Box 95708**<br>**Chicago, IL 60694-5708** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Dale's Window Cleaning Inc.**<br>**P.O. Box 153**<br>**Belvidere, IL 61008** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Deluxe Business Forms**<br>**P.O. Box 742572**<br>**Cincinnati, OH 45274-2572** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Destiny Health**<br>**36507 Treasury Cnt**<br>**Chicago, IL 60694-6500** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **DirecTV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060-0036** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **E & D Water Works**<br>**915 N. Parker Drive**<br>**Janesville, WI 53545** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Glenbard East High School**<br>**1014 S. Main Street**<br>**Lombard, IL 60148** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Hagen CPA, LLC**<br>**4525 Woodgate Drive**<br>**Janesville, WI 53546** |

Sheet __3__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re   **Marc J. McKinney**                                                        ,   Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **IHSA**<br>**P.O. Box 2715**<br>**Bloomington, IL 61702-2715** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Janesville Water & Waste**<br>**18 N. Jackson Street**<br>**Janesville, WI 53545** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Jax Graphics**<br>**421 W. Milwaukee Street**<br>**Janesville, WI 53545** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Kelly Services**<br>**1212 Solutions Center**<br>**Chicago, IL 60677-1002** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Krup Electric Co.**<br>**1125 Railroad Avenue**<br>**Rockford, IL 61104-1384** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Lewis Paper**<br>**37 E. Marquardt Drive**<br>**Wheeling, IL 60090** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Lifetouch**<br>**5126 Forest Hills Court**<br>**Loves Park, IL 61111** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Manpower**<br>**21271 Network Place**<br>**Chicago, IL 60673-1212** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Menomonee Falls HS**<br>**N84W16579 Menomonee Ave.**<br>**Menomonee Falls, WI 53051** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Midland Paper Co.**<br>**690 S. Rock Drive**<br>**Rockford, IL 61122** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Midwest Mail Works**<br>**2136 - 12th Street**<br>**Rockford, IL 61104** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Neopost**<br>**P.O. Box 45822**<br>**San Francisco, CA 94145-0822** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Neonost**<br>**P.O. Box 45800**<br>**San Francisco, CA 94145-0800** |

Sheet __4__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Marc J. McKinney**                                                ,   Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Niles North High School**<br>**9800 N. Lawler Avenue**<br>**Skokie, IL 60077** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Office Pro**<br>**P.O. Box 80**<br>**Afton, WI 53501** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **One Communications**<br>**P.O. Box 711879**<br>**Cincinnati, OH 45271-1879** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Oregon International Soccer**<br>**Oregon Soccer Parks**<br>**Oregon, WI 53575** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **OSP**<br>**2 Hardman Drive**<br>**Bloomington, IL 61701** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Per Mar Security Services**<br>**P.O. Box 1101**<br>**Boscobel, WI 53805-1101** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Richter Electric**<br>**3220 N. Pontiac Drive**<br>**Janesville, WI 53546** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Rock County Electric**<br>**P.O. Box 1758**<br>**Janesville, WI 53547-1758** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Rock County Job Center**<br>**1900 Center Ave.**<br>**Janesville, WI 53546** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Rockford Chariots**<br>**P.O. Box 36**<br>**Rockford, IL 61101** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Rockford Industrial Equipment**<br>**3675 Mansfield Street**<br>**Rockford, IL 61109** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Smoke Shop**<br>**10129 N. 2nd Street**<br>**Machesney Park, IL 61115** |

Sheet __5__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Marc J. McKinney**                                                     ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **State Farm Classic Tournament**<br>**c/o Dave Oloffson**<br>**P.O. Box 1887**<br>**Bloomington, IL 61702** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Stillman Valley High School**<br>**425 S. Pine Street**<br>**Stillman Valley, IL 61084** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Stonefield Office Suites**<br>**4539 Woodgate Drive #C**<br>**Janesville, WI 53546** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **TDS Metrocom**<br>**P.O. Box 94510**<br>**Palatine, IL 60094-4510** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Thrift-Remsen Priters**<br>**3918 S. Central Avenue**<br>**Rockford, IL 61102-4290** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **TRS Recovery Services Inc.**<br>**P.O. Box 60022**<br>**City Of Industry, CA 91716-0022** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **United Hospital System**<br>**63608 - 8th Avenue**<br>**Kenosha, WI 53143-5082** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Verizon Long Distance**<br>**P.O. Box 9688**<br>**Mission Hills, CA 91346-9688** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Watertown High School**<br>**111 Dodge Street**<br>**Watertown, WI 53094** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Watseka High School**<br>**138 S. Belmont Ave.**<br>**Watseka, IL 60970** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **West Bend East High School**<br>**13605 E. Decorah Street**<br>**West Bend, WI 53095** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **West Bend West High School**<br>**1305 Decorah Road**<br>**West Bend, WI 53095** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Soft Water Inc.**<br>**P.O. Box 343**<br>**1344 White Rock Avenue**<br>**Waukesha, WI 53187** |

Sheet   **6**   of   **9**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Marc J. McKinney**                                          ,   Case No. _____
                                                                   Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **IDEARC Media LLC**<br>**Attn:  Accts Receivable Dept.**<br>**P.O. Box 619009**<br>**DFW Airport, TX 75261-9009** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Castle Bank**<br>**1725 S. State Street**<br>**Belvidere, IL 61008** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Creditors' Protection Service, Inc.**<br>**202 W. State Street**<br>**P.O. Box 4115**<br>**Rockford, IL 61110-0615** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **JP Morgan Chase Bank, N.A.**<br>**Illinois Market**<br>**P.O. Box 260180**<br>**Baton Rouge, LA 70826-0180** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Neopost Inc.**<br>**P.O. Box 45800**<br>**San Francisco, CA 94145-0800** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **LC Financial, LLC**<br>**P.O. Box 9246**<br>**Van Nuys, CA 91409** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Beach Associates Inc.**<br>**95 Wolf Creek Blvd., Suite 2**<br>**Dover, DE 19901** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Andresen & Associates, P.C.**<br>**3025 N. California Ave., Suite F S.**<br>**Chicago, IL 60618-7009** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Allied Interstate**<br>**12655 N. Central Expressway**<br>**Dallas, TX 75243** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **American Express**<br>**P.O. Box 981532**<br>**El Paso, TX 79998** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **State of IL, Dept. of Labor**<br>**Fair Labor Standards Division**<br>**160 N. LaSalle St., Ste. C-1300**<br>**Chicago, IL 60601** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **IL Dept. of Employment Security**<br>**P.O. Box 3637**<br>**Springfield, IL 62708-3637** |

Sheet __7__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Marc J. McKinney**                                    ,    Case No. _____

                                                Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **State of Wisconsin**<br>**Department Of Workforce Development**<br>**P.O. Box 7945**<br>**Madison, WI 53707-7945** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Advance-Titan Newspaper**<br>**800 Algoma lvd.**<br>**Oshkosh, WI 54901** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Chase**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **State Collection Service, Inc.**<br>**P.O. Box 6250**<br>**Madison, WI 53716-0250** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Oliver Adjustment Co.**<br>**3416 Roosevelt Road**<br>**Kenosha, WI 53142-3937** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Neopost Leasing**<br>**P.O. Box 45822**<br>**San Francisco, CA 94145-0822** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Idearc Media LLC**<br>**P.O. Box 619009**<br>**DFW Airport, TX 75261** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **JP Morgan Chase Bank, N.A.**<br>**Illinois Market**<br>**P.O. Box 260180**<br>**Baton Rouge, LA 70826-0180** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Guardian**<br>**200 W. Monroe Street**<br>**Suite 2100**<br>**Chicago, IL 60606** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **IL Department of Revenue**<br>**P.O. Box 19043**<br>**Springfield, IL 62794-9043** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **DebtAlert**<br>**4836 Brecksville Road**<br>**P.O. Box 539**<br>**Richfield, OH 44286-9619** |

Sheet __8__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Marc J. McKinney**_____,   Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Monco Law Offices**<br>**P.O.Box 1641**<br>**Brookfield, WI 53008** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Chase**<br>**JPMorgan Chase Bank, N.A.**<br>**P.O. Box 260180**<br>**Baton Rouge, LA 70826-0180** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Winnebago Co. State's Attorney**<br>**Bad Check Restitution Program**<br>**P.O. Box 98**<br>**Rockford, IL 61105-0098** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Machesney Park Currench Exchange**<br>**10201 N. 2nd Street**<br>**Machesney Park, IL 61115** |
| **Axis Media Services Inc.**<br>**7326 Cheryvale Mall Drive**<br>**IL 61122** | **Wisconsin SCTF**<br>**Box 74400**<br>**Milwaukee, WI 53274-0400** |

Sheet __9__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Marc J. McKinney**
_____   Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**12**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Bookkeeper** |
| Name of Employer | **Programs Plus** | **Blascoe & Associates** |
| How long employed | | **5 Months** |
| Address of Employer | **11415 Main Street #103**<br>**Roscoe, IL 61073** | **1111 S. Alpine Road**<br>**Rockford, IL 61108** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 4,167.00 | $ | 2,452.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,167.00 | $ | 2,452.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 450.00 | $ | 339.00 |
|    b. Insurance | $ | 0.00 | $ | 234.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 450.00 | $ | 573.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,717.00 | $ | 1,879.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,717.00 | $ | 1,879.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 5,596.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Marc J. McKinney** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 350.00 |
|     b. Water and sewer | | $ | 50.00 |
|     c. Telephone | | $ | 75.00 |
|     d. Other   **See Detailed Expense Attachment** | | $ | 305.97 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 25.00 |
| 7. Medical and dental expenses | | $ | 150.00 |
| 8. Transportation (not including car payments) | | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|     a. Homeowner's or renter's | | $ | 0.00 |
|     b. Life | | $ | 0.00 |
|     c. Health | | $ | 0.00 |
|     d. Auto | | $ | 75.00 |
|     e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|     (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|     a. Auto | | $ | 200.00 |
|     b. Other | | $ | 0.00 |
|     c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
|     Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,530.97 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,596.00 |
| b.   Average monthly expenses from Line 18 above | $ | 2,530.97 |
| c.   Monthly net income (a. minus b.) | $ | 3,065.03 |

B6J (Official Form 6J) (12/07)

In re **Marc J. McKinney** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cell Phones** | $ | **150.00** |
| **Satellite & Internet** | $ | **155.97** |
| **Total Other Utility Expenditures** | $ | **305.97** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Marc J. McKinney**                                                                Case No. _____

                                                    Debtor(s)                        Chapter    **7**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

          I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**56**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 15, 2009**                                Signature    **/s/ Marc J. McKinney**
                                                                    **Marc J. McKinney**
                                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Marc J. McKinney__                                                        Case No. _____

                                    Debtor(s)                    Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐
        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
| --- | --- |
| **$9,000.00** | **2009 Year To Date Income** |
| **$200,000.00** | **2008 Gross Income (Approximate)** |
| **$240,000.00** | **2007 Gross Income (Approximate)** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Stonefield Associaes v. Marc McKinney**<br>**Case No.:  08 LM 2197** | **Collection** | **17th Judicial Circuit, Winnebago County State of Illinois** | **Judgment** |
| **Printsource Plus v. Axis Publishing Co.**<br>**Case No.:  08 SC 4829** | **Collection** | **17th Judicial Circuit, Winnebago County State of Illinoi** | **Judgment** |
| **Abidon Inc. v. Mark McKinney**<br>**Case No.:  2008 LM 1242** | **Forcible Entry & Detainer** | **17th Judicial Circuit, Winnebago County State of Illinois** | **Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Taylor Corporation d/b/a Original Smith Printing v. Axis Media Services, Inc. and Mark J. McKinney, Case No.: 08 L 126** | **Collection** | **11th Judicial Circuit, McLean County State of Illinois** | **Judgment Entered; Citation Pending** |
| **City Center Associates LLC v. Axis Media, Inc. Case No.: 07 SC 5516-A** | **Collection** | **Winnebago County State of Wisconsin** | **Pending** |
| **Jessica Wilson v. Axis Media Services Inc. Appeal Docket No.: AR-8026846A** | **Unemployment Claim** | **State of Illinois; Dept of Employment Security Appeals Division Referee's Decision** | |
| **Tanya Griffis v. Axis Medial Services and Marc McKinney IDOL File No.: 07-005827** | **Wage Payment Demand** | **State of IL; Dept of Labor** | **Award Entered** |
| **Chase Goodwin v. Axis Media Services and Marc McKinney IDOL Claim No.: 07-005770** | **Labor Dispute** | **IL Dept. of Labor; State of Illinois** | **Award Entered** |
| **United States v. Marc J. McKinney, et al. Case No.: 3;08-cv-50214** | **Unpaid Federal Unemployment** | **Northern District of Illinois, Western Division** | **Pending** |
| **Rkfd's Best Currency Exchange v. Marc McKinney d/b/a Axis Media Case No.: 09 M1 117751** | **Collection** | **First Municipal District, Cook County State of Illinois** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alpine Bank P.O. Box 6086 Rockford, IL 61125-1086** | **April 16, 2009** | **2006 Yamaha SX230H0 Boat and 2006 MFI Trailer; Sale Price Unknown And Deficiency Remains** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None □   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Barrick Switzer Law Office 6833 Stalter Drive Rockford, IL 61108** | **March 10, 2009 and April 27, 2009** | **$3,000.00 (Including Filing Fee)** |

**10.  Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Associated Bank**<br>**612 N. Main Street**<br>**Rockford, IL 61103** | **Personal Checking Account** | **$0;March 2008** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Axis Media Services Inc.** | | **8103 Burden Road Machesney Park, IL 61115** | **Program And Promotions Printing** | **2000 - January 2009** |
| **Capture Photography** | | **Lyford Road Rockford, IL 61114** | **School Photography** | **December 2007 - December 2008** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                        RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                NATURE OF INTEREST                PERCENTAGE OF INTEREST

8

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **May 15, 2009**                          Signature   **/s/ Marc J. McKinney**

                                                              **Marc J. McKinney**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marc J. McKinney** _____   Case No. _____
                                    Debtor(s)                Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one): <br> ☐ Surrendered                    ☐ Retained <br><br> If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is (check one): <br> ☐ Claimed as Exempt                    ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **May 15, 2009** _____      Signature   **/s/ Marc J. McKinney** _____
                                                     **Marc J. McKinney**
                                                     Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marc J. McKinney**

_____
Debtor(s)

Case No.   _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,701.00** |
| Prior to the filing of this statement I have received | $ | **2,701.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Debtor and Debtor's Mother**

3.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 15, 2009**
_____

**/s/ JASON H. ROCK**
**JASON H. ROCK**
**BARRICK SWITZER LAW OFFICE**
**6833 STALTER DRIVE**
**ROCKFORD, IL 61108**
**(815) 962-6611   Fax: (815) 962-1758**
**jrock@bslbv.com**

---

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **JASON H. ROCK** | X **/s/ JASON H. ROCK** | **May 15, 2009** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
jrock@bslbv.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Marc J. McKinney** | X **/s/ Marc J. McKinney** | **May 15, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marc J. McKinney**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **150**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 15, 2009**

**/s/ Marc J. McKinney**
**Marc J. McKinney**
Signature of Debtor

11th Street Express Printing, Inc.
2135 - 11th Street
Rockford, IL 61104


Abidon Inc.
5301 E. State Street
Suite 215
Rockford, IL 61108


Advance-Titan Newspaper
800 Algoma lvd.
Oshkosh, WI 54901


Advantage Best Credit Union
P.O. Box 99
Brillion, WI 54110


Allegra Print & Imaging
1920 E. Riverside Blvd
Loves Park, IL 61111


Alliant Energy
P.O. Box 3068
Cedar Rapids, IA 52406


Allied Interstate
12655 N. Central Expressway
Dallas, TX 75243


Alpine Bank
c/o Carol Spangler
P.O> Box 6086
Rockford, IL 61125-1086


Amanda Amborn
1938 Dewey
Beloit, WI 53511


American Express
P.O. Box 981532
El Paso, TX 79998


Amy Clark
718 Eisenhower Avenue
Janesville, WI 53545

Amy Korn
864 W. Douglas
Freeport, IL 61032


Andresen & Associates, P.C.
3025 N. California Ave., Suite F S.
Chicago, IL 60618-7009


Artistic Graphics
1757 W. Aster Drive
Phoenix, AZ 85029


Associated Bank
612 N. Main Street
Rockford, IL 61103


AT & T
P.O. Box 8100
Aurora, IL 60507-8100


AT&T
P.O. Box 660688
Dallas, TX 75266-0688


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Attorney Bernard Natale
6733 Stalter Drive
Suite 201
Rockford, IL 61108


Attorney Christopher Madden
Asst. Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601


Attorney Daniel G. Deneen
202 S. Eldorado Road
Bloomington, IL 61704-4471

Attorney Herbert Greene
401 W. State Street
suite 600
Rockford, IL 61101


Attorney Herbert I. Greene
401 W. State St., Ste. 600
Rockford, IL 61101


Attorney Jeffrey Powell
2902 McFarland Road
Suite 400
Rockford, IL 61107


Attorney John W. Schuster
600 S. Main Street, Suite 301
P.O. Box 917
Oshkosh, WI 54903


Attorney Mark Rouleau
5301 E. State Street
Suite 215D
Rockford, IL 61108


Attorney Raagnee Beri
Civil Trial Section, No Region
P.O. Box 55
Washington, DC 20044


Axis Media Services Inc.
7326 Cheryvale Mall Drive
IL 61122


Ballard Properties
1670 Alpine Road
Rockford, IL 61107


Beach Associates Inc.
95 Wolf Creek Blvd., Suite 2
Dover, DE 19901


Brian Ottenhausen
212 N. Gilbert Street
Footville, WI 53537

Caitlin Klein
4011 Buckingham Drive
Rockford, IL 61107


Cartridge World Rockford
6139 E. State Street
Rockford, IL 61108


Castle Bank
1725 S. State Street
Belvidere, IL 61008


Charter Communications
P.O. Box 3255
Milwaukee, WI 53201-3255


Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
JPMorgan Chase Bank, N.A.
P.O. Box 260180
Baton Rouge, LA 70826-0180


Check It
P.O. Box 6264
Rockford, IL 61125-1264


City Center Associates, LLC
334 City Center
Oshkosh, WI 54901


City of Janesville
P.O. Box 5005
Janesville, WI 53547


Comcast Cable
P.O. Box 3002
Southeastern, PA 19398-3002


Comcast Cable
P.O. Box 3001
Southeastern, PA 19398-3001

ComEd
Bill Payment Center
Chicago, IL 60668-0001


Corporate Express
P.O. Box 95708
Chicago, IL 60694-5708


Countrywide Home Loans
Attn: Remittance Processing
P.O. Box 650070
Dallas, TX 75265-0070


Creditors' Protection Service, Inc.
202 W. State Street
P.O. Box 4115
Rockford, IL 61110-0615


D'sha McIntosh
332 N. Vale Avenue
Rockford, IL 61107


Dale's Window Cleaning Inc.
P.O. Box 153
Belvidere, IL 61008


Dana Tucker
8450 Jamesport Road
Rockford, IL 61108


Dave Blascoe
238 Brooke Lane
Rockford, IL 61109


Debbie Van Winsen
1855 N. State Street
Belvidere, IL 61008


DebtAlert
4836 Brecksville Road
P.O. Box 539
Richfield, OH 44286-9619

Deluxe Business Forms
P.O. Box 742572
Cincinnati, OH 45274-2572

Dept of Workforce Development
Division of Unemployment Insurance
P.O. Box 7945
Madison, WI 53707-7945

Destiny Health
36507 Treasury Cnt
Chicago, IL 60694-6500

DirecTV
P.O. Box 60036
Los Angeles, CA 90060-0036

Don E. Ballard
1670 N. Alpine Road
Rockford, IL 61107

E & D Water Works
915 N. Parker Drive
Janesville, WI 53545

Forest HIlls Country Club
Ms. Paula Kessman
5135 Forest Hills Road
Rockford, IL 61114-5937

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

GFC Leasing
P.O. Box 2290
Madison, WI 53701-2290

Glenbard East High School
1014 S. Main Street
Lombard, IL 60148

Gordon Flesch Co., Inc.
P.O. Box 992
Madison, WI 53701-0992

Guardian
200 W. Monroe Street
Suite 2100
Chicago, IL 60606


Hagen CPA, LLC
4525 Woodgate Drive
Janesville, WI 53546


Holly Johnson
2837 Silent Wood Trail
Rockford, IL 61109


Idearc Media LLC
P.O. Box 619009
DFW Airport, TX 75261


IDEARC Media LLC
Attn: Accts Receivable Dept.
P.O. Box 619009
DFW Airport, TX 75261-9009


IHSA
P.O. Box 2715
Bloomington, IL 61702-2715


IL Department of Revenue
P.O. Box 19043
Springfield, IL 62794-9043


IL Dept. of Employment Security
P.O. Box 3637
Springfield, IL 62708-3637


Innovative Merchant Solutions
21215 Burbank Blvd.
Suite 100
Woodland Hills, CA 91367


IRS
P.O. Box 21126
Philadelphia, PA 19114-0326

James Randall
807 Tower Drive
Rockford, IL 61108


Janesville Water & Waste
18 N. Jackson Street
Janesville, WI 53545


Jax Graphics
421 W. Milwaukee Street
Janesville, WI 53545


Jennifer Bunjan
2371 Main Street
Caledonia, IL 61011


Jessica Wilson
1516 Seminary Street
Rockford, IL 61104


JP Morgan Chase Bank, N.A.
Illinois Market
P.O. Box 260180
Baton Rouge, LA 70826-0180


Kathleen Schultz
2702 King Street
Janesville, WI 53546


Kelly Services
1212 Solutions Center
Chicago, IL 60677-1002


Kent Hess M.D.
P.O. Box 15053
Loves Park, IL 61132-5053


KP Counseling, Inc.
461 N. Mulford
Rockford, IL 61107


Krup Electric Co.
1125 Railroad Avenue
Rockford, IL 61104-1384

Lara Birnbaum
5831 Garrett Lane #4
Rockford, IL 61107


LC Financial, LLC
P.O. Box 9246
Van Nuys, CA 91409


Lewis Paper
37 E. Marquardt Drive
Wheeling, IL 60090


Lifetouch
5126 Forest Hills Court
Loves Park, IL 61111


Lincoln Rent-All & Lawn Equipment
3110 Auburn Street
Rockford, IL 61101


Lori Seng
9434 Harrison Road
Rockton, IL 61072


Machesney Park Currench Exchange
10201 N. 2nd Street
Machesney Park, IL 61115


Manpower
21271 Network Place
Chicago, IL 60673-1212


Manyi Au
5322 Gingeridge Lane
Rockford, IL 61114


MCA Management Company
P.O. Box 480
High Ridge, MO 63049


Menomonee Falls HS
N84W16579 Menomonee Ave.
Menomonee Falls, WI 53051

Midland Paper Co.
690 S. Rock Drive
Rockford, IL 61102


Midwest Mail Works
2136 - 12th Street
Rockford, IL 61104


Monco Law Offices
P.O.Box 1641
Brookfield, WI 53008


Mr. Don E. Ballard
1670 N. Alpine Road
Rockford, IL 61107


Nataly Roy
4950 Illinois Street
Loves Park, IL 61111


Neonost
P.O. Box 45800
San Francisco, CA 94145-0800


Neopost
P.O. Box 45822
San Francisco, CA 94145-0822


Neopost Inc.
P.O. Box 45800
San Francisco, CA 94145-0800


Neopost Leasing
P.O. Box 45822
San Francisco, CA 94145-0822


Nicor
P.O. Box 416
Aurora, IL 60568-0001


Niles North High School
9800 N. Lawler Avenue
Skokie, IL 60077

Office Pro
P.O. Box 80
Afton, WI 53501


Oliver Adjustment Co.
3416 Roosevelt Road
Kenosha, WI 53142-3937


One Communications
P.O. Box 711879
Cincinnati, OH 45271-1879


Oregon International Soccer
Oregon Soccer Parks
Oregon, WI 53575


OSP
2 Hardman Drive
Bloomington, IL 61701


Patricia Cielesz
2806 Country Club Terrace
Rockford, IL 61103


Per Mar Security Services
P.O. Box 1101
Boscobel, WI 53805-1101


Printsource Plus
c/o Mr. Charles Clayton
1314 W. Cottage Avenue
Appleton, WI 54914


Progressive
Dept. 0561
Carol Stream, IL 60132-0561


R M S
55 Shuman Road
P.O. Box 3100
Naperville, IL 60566-7099


Richter Electric
3220 N. Pontiac Drive
Janesville, WI 53546

Rock County Electric
P.O. Box 1758
Janesville, WI 53547-1758


Rock County Job Center
1900 Center Ave.
Janesville, WI 53546


Rockford Chariots
P.O. Box 36
Rockford, IL 61101


Rockford Industrial Equipment
3675 Mansfield Street
Rockford, IL 61109


Sams Club
P.O. Box 9001907
Louisville, KY 40290-1907


Smoke Shop
10129 N. 2nd Street
Machesney Park, IL 61115


Soft Water Inc.
P.O. Box 343
1344 White Rock Avenue
Waukesha, WI 53187


Sorman & Frankel, Ltd.
203 N. LaSalle St., Ste. 2350
Chicago, IL 60601


State Collection Service, Inc.
P.O. Box 6250
Madison, WI 53716-0250


State Farm Classic Tournament
c/o Dave Oloffson
P.O. Box 1887
Bloomington, IL 61702

State of IL, Dept. of Labor
Fair Labor Standards Division
160 N. LaSalle St., Ste. C-1300
Chicago, IL 60601


State of Wisconsin
Department Of Workforce Development
P.O. Box 7945
Madison, WI 53707-7945


Stillman Valley High School
425 S. Pine Street
Stillman Valley, IL 61084


Stonefield Associates, LLC
P.O. Box 246
5305 Long Street
Mc Farland, WI 53558


Stonefield Office Suites
4539 Woodgate Drive #C
Janesville, WI 53546


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596


Target Stores
P.O. Box 1296
Minneapolis, MN 55440-1296


TDS Metrocom
P.O. Box 94510
Palatine, IL 60094-4510


Teresa Downey
3012 Sunnyside Dr.
Apt. 7
Rockford, IL 61114


Thrift-Remsen Priters
3918 S. Central Avenue
Rockford, IL 61102-4290

Transworld Systems
100 East Kimberly Road #302
Davenport, IA 52806


TRS Recovery Services Inc.
P.O. Box 60022
City Of Industry, CA 91716-0022


United Hospital System
63608 - 8th Avenue
Kenosha, WI 53143-5082


UPS
Lockbox 577
Carol Stream, IL 60132-0577


Verizon Long Distance
P.O. Box 9688
Mission Hills, CA 91346-9688


Waste Management
P.O. Box 9001054
Louisville, KY 40290-1054


Watertown High School
111 Dodge Street
Watertown, WI 53094


Watseka High School
138 S. Belmont Ave.
Watseka, IL 60970


West Bend East High School
13605 E. Decorah Street
West Bend, WI 53095


West Bend West High School
1305 Decorah Road
West Bend, WI 53095


William Pedersen
1506 Warren Road
Rockford, IL 61108

```
Winnebago Co. State's Attorney
Bad Check Restitution Program
P.O. Box 98
Rockford, IL 61105-0098


Wisconsin SCTF
Box 74400
Milwaukee, WI 53274-0400
```